JOHN J. ANASTASIO, JR., Respondent, v. PAULA ANASTASIO, Appellant.

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

GERALDINE BATTAGLIA et al., Appellants, v. ANTHONY NAPOLI et al., Doing Business as HARTMAN'S RESTAURANT, Respondents.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

DOMINICK CARNABUCI, Appellant, v. ANN AUGUSTYN et al., Respondents.

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.